117 A.3d 1278

Samuel Theodore ROSS, Petitioner

v.

Honorable Carolyn CARLUCCIO, Judge, Montgomery County, Court of Common Pleas, Respondent.

No. 66 MM 2015.

Supreme Court of Pennsylvania.

June 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.